IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02415-WYD

IN RE THE MATTER OF:

ANDRÉS LIEBERMAN,

    Petitioner,

v.

JESSICA TABACHNIK,

    Respondent.

AND CONCERNING THE MINOR CHILDREN: L.L.T. (DOB 1994), D.L.T. (DOB 1996), AND E.L.T. (DOB 1998)

---

**ORDER AND NOTICE OF PETITION UNDER HAGUE CONVENTION**
**(The Convention on the Civil Aspects of International**
**Child Abduction, done at the Hague on 25 Oct 1980, International**
**Child Abduction Remedies Act, 42 U.S.C. § 11601 et seq.)**

---

THIS MATTER is before the Court on Petitioner's Application for Return of the Minor Children to Petitioner filed November 19, 2007. This Notice and Order addresses only the Petitioner's request for a hearing and makes no determination as to the merits of the Petitioner's Application. Upon considering the Application for Return of the Minor Children to Petitioner, it is

ORDERED that Notice is hereby given to Respondent Jessica Tabachnik that a Petition for Return of Child has been filed with the United States District Court for the District of Colorado. It is

FURTHER ORDERED that Respondent Jessica Tabachnik shall appear before this Court on **Wednesday, January 3, 2008, at 10:00 a.m.**, in Courtroom A-1002 of the United States District Court for the District of Colorado, 901 19th Street, Tenth Floor, Denver, Colorado, 80294, and shall appear at that time with the minor children, L.L.T, D.LT, and E.L.T., and with any and all passports and travel documents for the minor children, for a hearing on the merits of Petitioner's Application for Return of the Minor Children to Petitioner.  The Respondent may appear with or without counsel.  It is

FURTHER ORDERED that if the Respondent either fails to appear on January 3, 2008, with the minor children or with the aforementioned passports and travel documents, or removes the minor children or causes the minor children to be removed from the jurisdiction of this Court, the Court may issue an adverse ruling to the Respondent on the Application and may order Respondent to appear for a contempt hearing.  It is

FURTHER ORDERED that Respondent Jessica Tabachnik shall be prohibited from removing the minor children, L.L.T, D.LT, and E.L.T., from the jurisdiction of this Court pending final disposition of the Application.  It is

FURTHER ORDERED that a copy of this Order, along with a copy of the Application for Return of the Minor Children to Petitioner and its attachments, shall be immediately served by Petitioner or his counsel upon the Respondent, Jessica Tabachnik.  It is

FURTHER ORDERED that within seven (7) days of being served with a copy of the Application for Return of the Minor Children to Petitioner, Respondent shall file a

response to the Application. It is

FURTHER ORDERED that Petitioner may, if he wishes, file a reply to the response within five (5) days of receipt thereof.

Dated: November 26, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge