IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02415-WYD-BNB

IN RE: THE MATTER OF:

ANDRES LIEBERMAN,

    Petitioner,

v.

JESSICA TABACHNIK,

    Respondent,

And Concerning

L.L.T.;
D.L.T.; and
E.L.T.,

    Minor Children.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Petitioner Andrés Lieberman's Motion for Leave for Testimony to be Taken by Contemporaneous Transmission From a Different Location, filed December 7, 2007 (docket #8) is **GRANTED**. Petitioner shall contact my chambers at (303) 335-2170 by **December 13, 2007** to make arrangements for the testimony to be taken by contemporaneous transmission.

    Dated: December 12, 2007